Case 1:26-mj-00090-GMH     Document 1-1     File

Case: 1:26-mj-00090
Assigned To: Judge Harvey, G. Michael
Assign. Date: 5/21/2026
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF OFFENSE

On Tuesday, May 19, 2026, Metropolitan Police Officers Josamaria Militar, Sydney Mack, Yarnellys Carela, as well as other officers responded to a report of a man with a gun at the 7-Eleven located at 4443 Benning Road NE, Washington, D.C. 20019.

Officer Militar was the first on scene and found an individual, later identified as Earl Matthews (hereafter "MATTHEWS"), behind the counter of the 7-Eleven. The merchandise area was otherwise empty. Officers later learned that customers who had been inside the store had fled, and the sales clerks were hidden in a back office area.

Officer Militar asked what MATTHEWS had on him, and MATTHEWS showed Officer Militar a handgun, which he held by the barrel with the barrel facing MATTHEWS, and the grip facing Officer Militar.

MATTHEWS handed the gun to Officer Militar, who took custody of the weapon and then placed MATTHEWS in custody.

Officers spoke with multiple witnesses on scene who all advised that MATTHEWS pulled the firearm out and then ran behind the counter without saying anything.

On scene, officers reviewed video surveillance which showed MATTHEWS go behind the counter and brandish the firearm in view of the customers and the store employees. In response, the video surveillance showed the customers fleeing from the store, and the store workers retreating into the back room. The video surveillance then showed MATTHEWS stand behind the counter until police arrived shortly thereafter.

The firearm that was recovered was a nine-millimeter Taurus PT111 G2 bearing serial number TKY17061. There were 0 rounds in the chamber, and 9 rounds of ammunition in a twelve-round capacity magazine.

MATTHEWS was previously convicted in the United States District Court for the District of Columbia in 15-cr-161-04 (EGS) of Conspiracy to Distribute and Possess with Intent to Distribute a Measurable Amount of Heroin, in violation of 21 USC §§ 846 and 841(a)(1), and was sentenced on April 12, 2017, to 37 months of incarceration, followed by a term of supervised release for 36 months.

Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition possessed by MATTHEWS necessarily traveled in interstate commerce.

As such, your affiant submits that probable cause exists to charge EARL MATTHEWS with violation of 18 U.S.C. 922(g)(1) **(Unlawful Possession of Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)**.

Respectfully submitted,

Special Agent Kanyen Anderson
Badge Number 6634
WFO-TFO

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) by telephone on May 21, 2026.

HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE